# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 337 WAL 2017

                   Respondent    :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

            v.                         :

                                  :

EDWARD THOMAS ADAMS,           :

                     Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of February, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner is:

Whether the trial court erred in denying Appellant's motion to suppress when he was detained for pulling into his own business, when such was closed, and thus the stop and subsequent detention was not supported by probable cause or reasonable suspicion of criminal activity?